UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HICKEY,                    )<br>       Plaintiff,               )<br>                                                )<br>v                                              )   **Case No.: 3:16-cv-01738-JCH**<br>                                                )<br>MEDICREDIT, INC.,                   )<br>       Defendant.            )<br>                                                )  | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: January 3, 2017        BY: */s/ Angela K. Troccoli*
                              Angela K. Troccoli, Esquire, ct28597
                              Kimmel & Silverman, P.C.
                              136 Main Street, Suite 301
                              Danielson, CT 06239
                              Phone: 860-866-4380
                              Email: atroccoli@creditlaw.com
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 3r$^d$ day of January, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Ashley Totorica, Esquire
Ogletree Deakins Nash Smoak & Stewart, PC
281 Tresser Boulevard, Suite 602
Stamford, CT 06901


Dated: January 3, 2017            */s/ Angela K. Troccoli*
                                   Angela K. Troccoli, Esquire